1  ADAM WANG (STATE BAR NUMBER 201233)
   12 South First Street, Suite 613
2  San Jose, CA 95113
   Tel: (408) 421-3403
3  Fax: (408) 292-1045

4  Attorneys for Plaintiffs
   Monica Rodriguez, Maria De Jesus R.R.,
5  Maria Aracely Lopes

FILED

2007 DEC 21  P 1: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

UNITED STATES DISTRICT COURT

6

7  FOR DISTRICT OF NORTHERN CALIFORNIA

8  MONICA RODRIGUEZ, MARIA DE JESUS      Case No.:
   R.R., MARIA ARACELY LOPES, individually and
9  on behalf of others similarly situated       **DEMAND FOR JURY TRIAL:**

10          Plaintiffs,
        vs.

11 MT ZION ENTERPRISES INC.,
   GONDOSINARYO LISTYO, AND DOES 1
12 TO 10

13          Defendants

14

15
   Plaintiffs demand a trial by jury for causes of action alleged in their Complaint.
16

17

18 Dated: December 14, 2007          By:  /s/ ADAM WANG          .
                                          Attorney for Plaintiffs
19

20

21

22

23

24

25

                                                    1                    Case No.

**JURY DEMAND**
Rodriguez, et al v. MT Zio Enterprises Inc., et al.