Scott T. Shibayama, Esq. (SBN 173571)
VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone:   916.780.1920
Facsimile:   916.780.1921

Attorneys for Defendants Mt. Zion
Enterprises, Inc. and Gondosinaryo Listyo

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ, MARIA DE JESUS R.R., MARIA ARACELY LOPES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MT ZION ENTERPRISES INC., GONDOSINARYO LYSTIO, AND DOES 1 THROUGH 10<br><br>Defendants. | Case No.  07-06439 EDL<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between Plaintiffs Monica Rodriquez, et al. ("Plaintiffs") and Defendants Mt. Zion Enterprises, Inc and Gondosinaryo Listyo ("Defendants"), through their respective counsel, as follows:

1. Plaintiffs filed their Class Action Complaint on December 21, 2007;

2. Defendants Mt. Zion Enterprises, Inc, and Gondosinaryo Listyo were served by personal delivery on or about February 11, 2008;

3. Plaintiffs have granted Defendants an extension of time in which to respond to Plaintiff's complaint through and including April 1, 2008.

07-06439 EDL
STIPULATION AND ORDER TO
CONTINUE CASE MANAGEMENT

4. The Initial Case Management Conference was originally scheduled to proceed before the Honorable Elizabeth D. Laporte on April 1, 2008 at 10:00 a.m.

5. The Parties agree that in order to allow Defendants time to respond to the complaint, the Parties hereby request that the Court continue the Case Management Conference and other case management and ADR deadlines by approximately 14 days, with the Case Management Conference proceeding on April 15, 2008, 2008 at 10:00 a.m., or on a date thereafter that is convenient for the Court.

Respectfully submitted,

Dated: _____   By: _____
Adam Wang
*Attorneys for Plaintiffs*
MONICA RODRIGUES ET AL.

VISION LAW CORPORATION

Dated: 3/21/2008   By: _____
Scott T. Shibayama
*Attorney for Defendants*
MT ZION ENTERPRISES, INC. AND
GONDOSINARYO LISTYO

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: March ___, 2008   _____
Honorable Elizabeth D. Laporte

07-06439 EDL
STIPULATION & ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE