Scott T. Shibayama, Esq. (SBN 173571)
VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone:   916.780.1920
Facsimile:   916.780.1921

Attorneys for Defendants Mt. Zion
Enterprises, Inc. and Gondosinaryo
Listyo

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ, MARIA DE JESUS R.R., MARIA ARACELY LOPES, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>MT. ZION ENTERPRISES, INC., GONDOSINARYO LISTYO, and DOES 1 TO 10,<br><br>Defendants. | Case No. 07-06439 EDL<br><br>DEFENDANTS' ANSWER TO PLAINTIFFS' CLASS ACTION COMPLAINT |

Defendant Mt. Zion Enterprises, Inc. (Defendant Mt. Zion) and Defendant Gondosinaryo Listyo (Defendant Listyo), collectively Defendants, answer Plaintiffs' Complaint as follows:

**NATURE OF THE CLAIM**

1.  Answering paragraph 1, page 1 line 20 through page 2 line 5 of the Complaint Defendants deny each and every allegation contained therein.

2.  Answering paragraph 2, page 2 lines 5 through 8, Defendants deny each and

1  every allegation contained therein.

## PARTIES

3.  Answering paragraph 3, page 2 lines 9 through 12, Defendants deny each and every allegation contained therein, except Defendant Mt. Zion admits that it employed the named class representatives Rodriguez, De Jesus and Lopes as housekeepers for certain time periods after December 7, 2007.

4.  Answering paragraph 4, page 2 lines 12 through 13, Defendants admit the allegations contained therein.

5.  Answering paragraph 5, page 2 lines 14 through 17, Defendants deny each and every allegation contained therein, except that Defendant Listyo admits he is a shareholder and officer of Defendant Mt. Zion.

## SUBJECT MATTER JURISDICTION AND VENUE

6.  Answering paragraph 6, page 2 lines 19 through 20, Defendants admits each and every allegation contained therein.

7.  Answering paragraph 7, page 2 lines 21 through 22, Defendants deny each and every allegation contained therein on grounds the allegations are vague, ambiguous and unintelligible, except Defendants admit that venue is proper in the Northern District.

## SUBSTANTIVE ALLEGATIONS

8.  Answering paragraph 8, page 2 lines 23 through 25, Defendants admit the allegations contained therein.

9.  Answering paragraph 9, page 3 lines 1 through 2, Defendants deny each and every allegation contained therein, except Defendant Mt. Zion admits that Plaintiff De Jesus may have worked a few days where she may have worked anywhere from 1 to 15 minutes more than 8 hours in a work day and Plaintiff Rodriguez worked a few days where she may have worked more than 8 hours in a work day.

10.  Answering paragraph 10, page 3 lines 3 through 4, Defendants deny each and every allegation contained therein, except Defendant Mt. Zion admits that the named representative Plaintiffs were not exempt from overtime nor were any other hourly housekeepers employed by

VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone: 916.780.1920
Fax: 916.780.1921

DEFENDANTS' ANSWER TO PLAINTIFFS CLASS ACTION COMPLAINT
FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION                2.

Defendant Mt. Zion.

11. Answering paragraph 11, page 3 lines 5 through 7, Defendants deny each and every allegation contained therein.

## COUNT ONE

*Violation of Labor Code, Non Payment of Overtime*

*Labor Code Sections §510*

12. Answering paragraph 12, page 3 lines 10 through 11, Defendants deny each and every allegation contained therein, excepted as specifically admitted above.

13. Answering paragraph 13, page 3 lines 12 through 16, Defendants deny each and every allegation contained therein, except Defendants admit the named representative Plaintiffs were entitled to overtime pay for hours worked in excess of 8 hours per workday and in excess of 40 hours in a workweek.

14. Answering paragraph 14, page 3 lines 17 through 19, Defendants deny each and every allegation contained therein.

15. Answering paragraph 15, page 3 lines 20 through 22, Defendants deny each and every allegation contained therein.

16. Answering paragraph 16, page 3 lines 23 through 24, Defendants deny each and every allegation contained therein.

17. Answering paragraph 17, page 3 line 24 through page 4 line 1, Defendants deny each and every allegation contained therein.

18. Answering paragraph 18, page 4 lines 2 through 5, Defendants deny each and every allegation contained therein.

19. Answering paragraph 19, page 4 lines 6 through 9, Defendants deny each and every allegation contained therein.

## COUNT TWO

*Violation of The Fair Labor Standards Ac,[sic]*

*29 U.S.C. Section 201, et seq.*

20. Answering paragraph 20, page 4 lines 12 through 13, Defendants deny each

VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone 916.780.1920
Fax: 916.780.1921

DEFENDANTS' ANSWER TO PLAINTIFFS'CLASS ACTION COMPLAINT
FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION         3.

1 and every allegation contained therein, except as specifically admitted above.

2  21. Answering paragraph 21, page 4 lines 14 through 19, Defendants deny each and every allegation contained therein, except Defendants admit that the named representative Plaintiffs and other hourly employee housekeepers employed by Defendant Mt. Zion were covered by the FLSA.

22. Answering paragraph 22, page 4 lines 20 through 21, Defendants admit the allegations contained therein.

23. Answering paragraph 23, page 4 line 22 through page 5 line 2, Defendants deny each and every allegation contained therein except Defendant Mt. Zion admits that the named representative Plaintiffs were not exempt from the FLSA overtime provisions.

24. Answering paragraph 24, page 5 lines 3 through 5, Defendants deny each and every allegation contained therein.

25. Answering paragraph 25, page 5 lines 6 through 8, Defendants deny each and every allegation contained therein.

26. Answering paragraph 26, page 5 lines 9 through 13, Defendants deny each and every allegation contained therein.

27. Answering paragraph 27, page 5 lines 13 through 15, Defendants deny each and every allegation contained therein.

### COUNT THREE

*Failure to Provide Meal Periods*

*California Labor Code §226.7*

28. Answering paragraph 28, page 5 lines 19 through 20, Defendants deny each and every allegation contained therein, except as specifically admitted above.

29. Answering paragraph 29, page 5 lines 21 through 23, Defendants deny each and every allegation contained therein, except Defendant Mt. Zion admits that from December 7, 2006 on it was subject to California Labor Code section 226.7.

30. Answering paragraph 30, page 5 lines 24 through 25, Defendants deny each and every allegation contained therein.

VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone: 916.780.1920
Fax: 916.780.1921

DEFENDANTS' ANSWER TO PLAINTIFFS' CLASS ACTION COMPLAINT
FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION         4.

31. Answering paragraph 31, page 6 lines 1 through 3, Defendants deny each and every allegation contained therein, except Defendant Mt. Zion admits that to the extent it required each Plaintiff to work through a meal period, that Plaintiff is entitled to an additional hour of pay at that Plaintiff's regular rate of pay.

32. Answering paragraph 32, page 6 lines 4 through 6, Defendants deny each and every allegation contained therein, except Defendant Mt. Zion admits that to the extent each Plaintiff proves Defendant Mt. Zion required each Plaintiff to work through a meal period, that Plaintiff is entitled to recover an additional hour of pay at the Plaintiff's regular rate of pay for each meal period Defendant Mt. Zion required the Plaintiff to work through.

## COUNT FOUR

*Penalty for Failure to Pay Wages at Termination*

*California Labor Code Sec. 203*

33. Answering paragraph 33, page 6 lines 9 through 10, Defendants deny each and every allegation contained therein, except as specifically admitted above.

34. Answering paragraph 34, page 6 lines 11 through 12, Defendants deny each and every allegation contained therein.

35. Answering paragraph 35, page 6 lines 13 through 15, Defendants deny each and every allegation contained therein.

36. Answering paragraph 36, page 6 lines 16 through 18, Defendants deny each and every allegation contained therein.

## COUNT FIVE

*For Restitution of Unpaid Overtime Wages*
*in Violation of California's Unfair Trade Practices Act*

*Business and Professions Code § 17203*

37. Answering paragraph 37, page 6 lines 22 through 23, Defendants deny each and every allegation contained therein, except as specifically admitted above.

38. Answering paragraph 38, page 6 line 24 through page 7 line 3, Defendants deny each and every allegation contained therein, except Defendant Mt. Zion admits that from

VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone: 916.780.1920
Fax: 916.780.1921

DEFENDANTS' ANSWER TO PLAINTIFFS' CLASS ACTION COMPLAINT
FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION     5.

approximately December 7, 2006 on it was subject to the California Labor Code and applicable Wage Orders, the FLSA and that California law requires one additional hour of pay for each meal period the employer requires an employee to work through.

39. Answering paragraph 39, page 7 lines 4 through 8, Defendants deny each and every allegation contained therein, except Defendant Mt. Zion admits from December 7, 2006 on it was subject to California Business and Professions Code section 17200 et seq.

40. Answering paragraph 40, page 7 lines 9 through 11, Defendants deny each and every allegation contained therein.

41. Answering paragraph 41, page 7 lines 12 through 16, Defendants deny each and every allegation contained therein.

42. Answering paragraph 42, page 7 lines 17 through 19, Defendants deny each and every allegation contained therein.

43. Answering paragraph 43, page 7 lines 20 through 23, Defendants deny each and every allegation contained therein.

44. Answering paragraph 44, page 8 lines 1 through 3, Defendants deny each and every allegation contained therein.

**PRAYER FOR RELIEF**

45. Answering paragraph 1 of the Prayer for Relief, Defendants deny each and every allegation contained therein and deny that Plaintiffs are owed any damages whatsoever.

46. Answering paragraph 2 of the Prayer for Relief, Defendants deny each and every allegation contained therein and deny that Plaintiffs are owed any damages whatsoever.

47. Answering paragraph 3 of the Prayer for Relief, Defendants deny each and every allegation contained therein and deny that Plaintiffs are owed any damages whatsoever.

48. Answering paragraph 4 of the Prayer for Relief, Defendants deny each and every allegation contained therein and deny that Plaintiffs are owed any damages whatsoever.

49. Answering paragraph 5 of the Prayer for Relief, Defendants deny each and every allegation contained therein and deny that Plaintiffs are owed any damages whatsoever.

50. Answering paragraph 6 of the Prayer for Relief, Defendants deny each and

VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone: 916.780.1920
Fax: 916.780.1921

DEFENDANTS' ANSWER TO PLAINTIFFS'CLASS ACTION COMPLAINT
FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION        6.

every allegation contained therein and deny that Plaintiffs are owed any damages or restitution whatsoever.

51. Answering paragraph 7 of the Prayer for Relief, Defendants deny each and every allegation contained therein and deny that Plaintiffs are owed any damages whatsoever.

52. Answering paragraph 8 of the Prayer for Relief, Defendants deny each and every allegation contained therein and deny that Plaintiffs are owed any damages or attorneys' fees whatsoever.

53. Answering paragraph 9 of the Prayer for Relief, Defendants deny each and every allegation contained therein and deny that Plaintiffs are owed any damages or costs whatsoever.

54. Answering paragraph 10 of the Prayer for Relief, Defendants deny each and every allegation contained therein and deny that any other relief is appropriate or required.

## **AFFIRMATIVE DEFENSES**

55. AS A FIRST SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE THAT Plaintiffs' Complaint fails to state facts sufficient to constitute a cause of action and/or a class action.

56. AS A SECOND SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE THAT each Plaintiff failed to mitigate his/her damages.

57. AS A THIRD SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE THAT Defendants' alleged conduct was just, fair, privileged, and in good faith.

58. AS A FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE THAT each Plaintiff failed to use ordinary care and diligence in utilizing the time clock to accurately record their work time or to otherwise comply with their employer's time keeping procedures and requirements.

59. AS A FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE THAT each Plaintiff failed to comply with his/her employer's directions concerning time keeping procedures and use of the punch clock to accurately record their time.

VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone: 916.780.1920
Fax: 916.780.1921

DEFENDANTS' ANSWER TO PLAINTIFFS' CLASS ACTION COMPLAINT
FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION          7.

60. AS A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE THAT each Plaintiff failed to perform his/her services and to follow time keeping procedures and use of the punch clock to accurately record their time in conformity with the place of performance.

61. AS A SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE THAT each Plaintiff failed to use a reasonable degree of skill or to use such skill as he/she possessed in following their employer's time keeping procedures and use of the punch clock to accurately record their time.

62. AS A EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE THAT Plaintiffs claims are barred by the applicable statutes of limitations.

63. AS A NINTH SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT MT. ZION ENTERPRISES, INC. ALLEGES that its liability, if any, is limited to the time period of December 7, 2006 forward as it was not the legal employer of any of the alleged class members prior to December 7, 2006.

64. AS A TENTH SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT GONDOSINARYO LISTYO ALLEGES THAT he is not a proper defendant to this action as he was not the employer of any of the named representative Plaintiffs or any alleged class members at any time.

Dated: April 3, 2008

VISION LAW CORPORATION

Scott T. Shibayama
Attorneys for Defendants Mt. Zion Enterprises, Inc.
and Gondosinaryo Listyo

VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone: 916.780.1920
Fax: 916.780.1921

DEFENDANTS' ANSWER TO PLAINTIFFS' CLASS ACTION COMPLAINT
FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION                8.

## PROOF OF SERVICE BY MAIL

I am employed in Roseville, County of Placer, California. I am over the age of eighteen years and am not a party to the within-entitled action. My business address is 1380 Lead Hill Blvd., Ste. 106, Roseville, CA 95661. On April 3, 2008, I placed with the Granite Bay Branch of the United States Postal Service a true and correct copy of the following documents:

DEFENDANTS' ANSWER TO PLAINTIFFS' CLASS ACTION COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION

in a sealed envelope, postage prepaid, addressed as follows:

Adam Wang
Attorney at Law
12 South First Street, Suite 613
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 3, 2008 at Granite Bay, California.

*[signature]*

Scott T. Shibayama

VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone: 916.780.1920
Fax: 916.780.1921

DEFENDANTS' ANSWER TO PLAINTIFFS' CLASS ACTION COMPLAINT