IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ, ET AL, | No. C-07-06439 EDL |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MT ZION ENTERPRISES, INC., | |
| Defendant. | |

On April 15, 2008, the Court held a case management conference in this case. The Court noted at the conference that the parties had not addressed in their case management conference statement whether this case will proceed as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq. Accordingly, and because the parties are actively engaged in settlement negotiations, a further case management conference is set for May 20, 2008 at 10:00 a.m. An updated joint case management conference statement, including a proposed pretrial schedule taking into account any briefing regarding a collective action, shall be filed no later than May 13, 2008.

**IT IS SO ORDERED.**

Dated: April 17, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge