**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: April 15, 2008

Case No: **C- 07-06439 EDL**

Case Name: **MONICA RODRIGUEZ, ET AL v. MT ZION ENTERPRISES, INC.**

    Attorneys:    Pltf: Adam Wang    Deft: Scott Shibayama

    Deputy Clerk: Frank Justiliano    FTR digital recording 10:26 - 10:33 a.m.

    [X] Initial Case Management Conference - Held.

**ORDERED AFTER HEARING:**

**Case continued to:** May 20, 2008 at 10:00 a.m. for Further Case Management Conference. Joint Supplemental Case Management Statements including a proposed pretrial schedule taking into account any briefing regarding an FLSA collective action due by May 13, 2008.

cc: chambers