ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs


Scott T. Shibayama, Esq. (SBN 173571)
VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone:   916.780.1920
Facsimile:   916.780.1921

Attorneys for Defendants Mt. Zion
Enterprises, Inc. and Gondosinaryo Listyo

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ, MARIA DE JESUS R.R., MARIA ARACELY LOPES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MT ZION ENTERPRISES INC., GONDOSINARYO LYSTIO, AND DOES 1 THROUGH 10<br><br>Defendants. | Case No. 07-06439 EDL<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between Plaintiffs Monica Rodriquez, et al. ("Plaintiffs") and Defendants Mt. Zion Enterprises, Inc and Gondosinaryo Listyo ("Defendants"), through their respective counsel, as follows:

The parties are attempting to resolve the case. The number of plaintiffs has increased to 8 from the original 3 plaintiffs. Given the increase, much more time than originally anticipated is needed to gather and analyze data. In order to have further time to do so without taking up additional Court time and resources, the parties hereby request that the Court continue the Case Management Conference and other case management and ADR deadlines by approximately 42 days, with the Case Management Conference proceeding on July 1, 2008, at 10:00 a.m., or on a date thereafter that is convenient for the Court, but not during the period of July 14 through August 4, 2008 as Defendants' counsel will be out of the country during that period.

Respectfully submitted,

Dated: 5/8/08        By: _____
                          Adam Wang
                          *Attorneys for Plaintiffs*
                          MONICA RODRIGUES ET AL.


VISION LAW CORPORATION

Dated: 5/12/2008     By: _____
                          Scott T. Shibayama
                          *Attorney for Defendants*
                          MT ZION ENTERPRISES, INC. AND
                          GONDOSINARYO LISTYO


GOOD CAUSE APPEARING, IT IS SO ORDERED:


Dated: May ___, 2008              _____
                                  Honorable Elizabeth D. Laporte

07-06439 EDL
**STIPULATION & ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE**