ADAM WANG, STATE BAR NO. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs


Scott T. Shibayama, Esq. (SBN 173571)
VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone:     916.780.1920
Facsimile:      916.780.1921

Attorneys for Defendants Mt. Zion
Enterprises, Inc. and Gondosinaryo Listyo

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONICA RODRIGUEZ, MARIA DE JESUS R.R., MARIA ARACELY LOPES, individually and on behalf of others similarly situated,**<br><br>**Plaintiffs,**<br>v.<br><br>**MT ZION ENTERPRISES INC., GONDOSINARYO LYSTIO, AND DOES 1 THROUGH 10**<br><br>**Defendants.** | Case No.  07-06439 EDL<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between Plaintiffs Monica Rodriquez, et al. ("Plaintiffs") and Defendants Mt. Zion Enterprises, Inc and Gondosinaryo Listyo ("Defendants"), through their respective counsel, as follows:

**07-06439 EDL**
STIPULATION AND ORDER TO
CONTINUE CASE MANAGEMENT

On a visit to her doctor's office on Monday June 23, 2008, Plaintiffs counsel's wife was scheduled for medical examination on July 1, 2008. Due to the medication used for that examination she needs a company to and from the medical appoint. As such, Plaintiffs counsel requests, and Defense agrees, that the Case Management Conference be continued to July 8, 2008.

Respectfully submitted,

Dated: June 25, 2008        By: _____
                                Adam Wang
                                *Attorneys for Plaintiffs*
                                MONICA RODRIGUES ET AL.


VISION LAW CORPORATION

Dated: June 25, 2008        By: _____
                                Scott T. Shibayama
                                *Attorney for Defendants*
                                MT ZION ENTERPRISES, INC. AND
                                GONDOSINARYO LISTYO


GOOD CAUSE APPEARING, IT IS SO ORDERED:


Dated: June ___, 2008       _____
                            Honorable Elizabeth D. Laporte

**07-06439 EDL**
**STIPULATION & ORDER TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**