ADAM WANG, STATE BAR NO. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs


Scott T. Shibayama, Esq. (SBN 173571)
VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone:      916.780.1920
Facsimile:        916.780.1921

Attorneys for Defendants Mt. Zion
Enterprises, Inc. and Gondosinaryo Listyo

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONICA RODRIGUEZ, MARIA DE JESUS R.R., MARIA ARACELY LOPES, individually and on behalf of others similarly situated,**<br><br>　　　　　**Plaintiffs,**<br>　　v.<br><br>**MT ZION ENTERPRISES INC., GONDOSINARYO LYSTIO, AND DOES 1 THROUGH 10**<br><br>　　　　　**Defendants.** | Case No.  07-06439 EDL<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　　IT IS HEREBY STIPULATED by and between Plaintiffs Monica Rodriquez, et al. ("Plaintiffs") and Defendants Mt. Zion Enterprises, Inc and Gondosinaryo Listyo ("Defendants"), through their respective counsel, as follows:

1  On a visit to her doctor's office on Monday June 23, 2008, Plaintiffs counsel's wife was
2 scheduled for medical examination on July 1, 2008.  Due to the medication used for that examination
3 she needs a company to and from the medical appoint. As such, Plaintiffs counsel requests, and
4 Defense agrees, that the Case Management Conference be continued to ~~July 8, 2008~~. [July 2, 2008 at 10:00am]

6  Respectfully submitted,

8  Dated: June 25, 2008                    By: _____
9                                                Adam Wang
                                              *Attorneys for Plaintiffs*
10                                              MONICA RODRIGUES ET AL.

12  VISION LAW CORPORATION

14  Dated: June 25, 2008                    By: _____
                                              Scott T. Shibayama
15                                              *Attorney for Defendants*
                                              MT ZION ENTERPRISES, INC. AND
16                                              GONDOSINARYO LISTYO

19  GOOD CAUSE APPEARING, IT IS SO ORDERED:
20

22  Dated: June  30 , 2008           _Elizabeth D. Laporte_
23                                      Honorable Elizabeth D. Laporte

**07-06439 EDL**
**STIPULATION & ORDER TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**