**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: July 2, 2008

Case No:  **C- 07-06439 EDL**

Case Name:  **MONICA RODRIGUEZ, ET AL v. MT ZION ENTERPRISES, INC.**

Attorneys:    Pltf: Adam Wang          Deft: Scott Shibiyama

Deputy Clerk:  Lili M. Harrell          FTR digital recording: 10:06am - 10:23am
                                                              (Time: 17 min)

**PROCEEDINGS:**                                      **RULING:**

1.  Initial Case Management Conference                Held

2.

**ORDERED AFTER HEARING:** Case is referred for mediation to occur in early September, if possible.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 11/18/08 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**
Last day to add new parties: 9/16/08
Discovery cutoff: 3/31/09
Initial expert disclosure deadline: 4/30/09
Rebuttal expert disclosure deadline: 5/31/09
Expert discovery cutoff: 6/30/09
Dispositive Motion filing deadline:6/2/09
Dispositive Motions hearing date: 7/7/09 at 9:00am
Pretrial Conference: 9/1/09 at 2:00pm
Trial: 9/21/09 at 8:30 a.m., set for 7 days.
        [X] Jury  [ ]  Court

Notes:
cc: ADR