1  ADAM WANG, STATE BAR NO. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 613
   San Jose, CA 95113
3  Tel:  (408) 292-1040
   Fax:  (408) 416-0248
4  waqw@sbcglobal.net

5  Attorney for Plaintiffs

6

7  Scott T. Shibayama, Esq. (SBN 173571)
   VISION LAW CORPORATION
8  1380 Lead Hill Blvd., Ste. 106
   Roseville, CA 95661
9  Telephone:    916.780.1920
   Facsimile:    916.780.1921
10
   Attorneys for Defendants Mt. Zion
11 Enterprises, Inc. and Gondosinaryo Listyo

12

13
                   UNITED STATES DISTRICT COURT
14
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16

17 | **MONICA RODRIGUEZ, MARIA DE JESUS R.R., MARIA ARACELY LOPES, individually and on behalf of others similarly situated,** | Case No.  07-06439 EDL |
   | Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE** |
   | v. | |
   | **MT ZION ENTERPRISES INC., GONDOSINARYO LYSTIO, AND DOES 1 THROUGH 10** | |
   | **Defendants.** | |

25
            IT IS HEREBY STIPULATED by and between Plaintiffs Monica Rodriquez, et al.
26
   ("Plaintiffs") and Defendants Mt. Zion Enterprises, Inc and Gondosinaryo Listyo ("Defendants"),
27
   through their respective counsel, as follows:
28

**07-06439 EDL**
STIPULATION AND ORDER TO  CONTINUE
FURTHER CASE MANAGEMENT

1.       1.      On its Case Management Order dated July 2, 2008, this Court schedule a further case management conference on November 18, 2008 to report back to the Court the status of settlement process.

2.       2.      The parties report that while settlement process had been in an impasse, parties realize that the best approach is to resolve the case without expensive litigation. The counsels for both Plaintiffs and Defendants have agreed to make the final appeals to their respective clients to try to reach a settlement.

3.       3.      As such, parties request that the further case management conference be continued for three weeks until December 9, 2008 at 10:00 AM, with the Joint Status Report due on December 2, 2008.

Respectfully submitted,

Dated: November 15, 2008            By: /s/ Adam Wang            .
                                                                  Adam Wang
                                                                  *Attorneys for Plaintiffs*
                                                                  MONICA RODRIGUES ET AL.


                                                                VISION LAW CORPORATION

Dated: November 15, 2008            By: /s/ Scott Shibayama          .
                                                                  Scott T. Shibayama
                                                                 *Attorney for Defendants*
                                                                 MT ZION ENTERPRISES, INC. AND
                                                                 GONDOSINARYO LISTYO

Pursuant to Parties stipulation, IT IS SO ORDERED:

**07-06439 EDL**
**STIPULATION & ORDER TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**

1 | Dated: November __17__, 2008

2 | Honorable [Elizabeth D. Laporte]

_____
Honorable Elizabeth D. Laporte

**IT IS SO ORDERED**
*/s/ Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

**07-06439 EDL**
**STIPULATION & ORDER TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**