IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ, ET AL, | No. C-07-06439 EDL |
| Plaintiff, | **ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE AND SETTING STATUS REPORT DATE** |
| v. | |
| MT ZION ENTERPRISES, INC., | |
| Defendant. | |

On December 2, 2008, the parties sought to vacate the Further Case Management Conference scheduled for December 9, 2008 on the grounds that the parties were close to settling this matter. Accordingly, for good cause shown, the December 9, 2008 Further Case Management Conference is vacated. The parties shall file a joint status report no later than December 17, 2008 informing the Court whether the settlement has been finalized.

**IT IS SO ORDERED.**

Dated: December 3, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge