IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ, ET AL, | No. C-07-06439 EDL |
| Plaintiff, | **ORDER SETTING FURTHER STATUS REPORT DATE** |
| v. | |
| MT ZION ENTERPRISES, INC., | |
| Defendant. | |

On December 3, 2008, the Court vacated the Further Case Management Conference scheduled for December 9, 2008 based on the parties' statement that they were close to settling this matter. The Court ordered the parties to file a joint status report no later than December 17, 2008. On December 17, 2008, the parties filed a status report seeking an additional three weeks to report to the Court regarding the settlement. Accordingly, the parties shall file a joint status report no later than January 8, 2009 informing the Court whether the settlement has been finalized.

**IT IS SO ORDERED.**

Dated: December 18, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge