**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONICA RODRIGUEZ, ET AL,

     Plaintiff,

    v.

MT ZION ENTERPRISES, INC.,

     Defendants.

No. 07-06439  EDL

**ORDER GRANTING APPLICATION  TO APPEAR TELEPHONICALLY**

On January 21, 2009, Defendants' counsel filed a request to appear telephonically at the further case management conference set for January 27, 2009 at 3:00 p.m. Good cause appearing, it is hereby ordered that the Request is granted.  Counsel shall stand by beginning at the date and time above until called by the Court.  No later than January 26, 2009, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: January 22, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge