UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA RODRIGUEZ, ET AL,   No. C 07-06439 EDL (JCS)

        Plaintiff(s),   **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

    v.

MT ZION ENTERPRISES, INC.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By notice filed on February 24, 2009, Gondosinaryo Listyo requested to be excused from personally appearing at the settlement conference scheduled for February 26, 2009. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, IT IS HEREBY ORDERED that Gondosinaryo Listyo be available by telephone on February 26, 2009 (aside from time in his traffic court appearance).

If the Court concludes that the absence of Gondosinaryo Listyo is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Gondosinaryo Listyo.

IT IS SO ORDERED.

Dated: February 24, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge