UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MONICA RODRIGUEZ, ET AL**

    Plaintiff(s),                  No. C-**07-06439** EDL

    v.                              **ORDER OF CONDITIONAL DISMISSAL**

**MT ZION ENTERPRISES, INC.**

    Defendants.

_____/

    Having been informed that this matter has settled, IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 60 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: April 9, 2009

                                                   _____
                                                   ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge